ENTERED
CLERK, U S DISTRICT COURT
AUG - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK, U S DISTRICT COURT
AUG - 1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. CALDWELL, | NO. CV 05-05385 AHM (SS) |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES COUNTY SHERIFFS AND CITY OF LANCASTER, | |
| Defendants. | |

Pursuant to the Court's Orders Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment shall be GRANTED. JUDGMENT is entered for Defendants and against Plaintiff on all claims asserted in Plaintiff's Complaint. Plaintiff's Complaint shall be dismissed with prejudice.

DATED: August 1, 2007

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE